UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4598
_____

BLANCA BARRALES PAREJA,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

_____

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board No. A098-632-579)
Immigration Judge:  Honorable Eugene Pugliese

_____

Argued June 23, 2010
Before:  SMITH, FISHER and GREENBERG,
*Circuit Judges*.

(Filed: July 29, 2010)


**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on

July 29, 2010, be amended as follows:


> On page 2 add the firm name of *Cyrus D. Mehta & Associates*, to
> the address of Attorney David A. Isaacson, Esquire, under the list
> of Counsel for Petitioner.

For the Court:


/s/ Marcia M. Waldron
Clerk

Dated: July 30, 2010
PDB/cc: David A. Isaacson, Esq.
        Linda Y. Cheng, Esq.
        W. Daniel Shieh, Esq.